JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Robert Ban,<br><br>    Plaintiff,<br><br>  v.<br><br><br><br><br><br>    Defendants.<br>_____ | Case No. CV 09-06392-ODW<br><br>**ORDER OF DISMISSAL** |

   THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice for lack of prosecution.

   The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: May 23, 2012

          OTIS D. WRIGHT, II
         United States District Judge